UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CIARA LEGG and JACOB LEGG, individually and on behalf of C.L., their minor child,<br><br>Plaintiffs,<br><br>v.<br><br>GLAXOSMITHKLINE LLC,<br><br>Defendant. | Civil Action No.<br>15-13737-FDS |

## ORDER OF DISMISSAL

**SAYLOR, J.**

On November 14, 2016, this Court ordered plaintiffs to show cause in writing on or before December 5, 2016, why this case should not be dismissed for failure to prosecute and/or to comply with discovery orders. Because plaintiffs failed to show cause within that deadline, this action is hereby DISMISSED without prejudice pursuant to Rule 37(b)(2)(A)(v).

**So Ordered.**

Dated: January 27, 2017

/s/ F. Dennis Saylor
F. Dennis Saylor IV
United States District Judge